### DAVIS *v.* HADDEN.

SIMMONS, C. J.  A set-off at law can be had only in cases where the demands attempted to be set off are mutual and held by the parties in their own right. It follows that a defendant sued in his individual capacity can not set off against the plaintiff's demand a claim that he in a representative capacity as executor holds against the plaintiff.  Civil Code, §§ 3746, 3747.  *Daniel* v. *Bush*, 80 *Ga.* 218.

*Judgment reversed.  All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided April 30, 1902.

Certiorari.    Before Judge Holden.    Glascock superior court. April, 1901.

*K. J. Hawkins,* for plaintiff.    *B. F. Walker,* for defendant.